Ley-Cross Printing Company, appellee, v. T. H. Flood & Company, appellant. Gen. No. 30,179.

Action for work, labor and material. Judgment for plaintiff. Appeal

from the Municipal Court of Chicago; the Hon. John F. O'Connell, Judge presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed with penalty. Opinion filed December 2, 1925.

James E. McGrath, for appellant. George C. Tripp, for appellee. Walter H. Shurtleff, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.